## WILCOX, IVES & COMPANY *v.* COWART.

FISH, J. Property exempted under section 2866 of the Civil Code is not subject to levy and sale, except for purchase-money and taxes, as provided in section 2873. It follows, of course, that land so exempted is not subject to a debt for fertilizers used thereon.

*Judgment affirmed. All the Justices concurring.*

Submitted February 2, — Decided March 1, 1900.

Certiorari.  Before Judge Evans.  Tattnall superior court. April term, 1899.

*W. T. Burkhalter,* for plaintiffs.